UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANINE GARVERICK,

    Plaintiff,

v.     Case No:   2:15-cv-385-FtM-CM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

Before the Court is Defendant's Unopposed Motion for Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. 33), filed on April 20, 2016. Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings. Plaintiff does not oppose the motion. Pursuant to Title 42, United States Code, Section 405(g), the Court may reverse the decision of the Commissioner with or without remanding the case for a rehearing. Upon due consideration, Defendant's motion will be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1.     Unopposed Motion for Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. 33) is **GRANTED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Administrative Law Judge to:

    a. Further consider the claimant's maximum residual functional capacity with specific reference to the medical opinion evidence of record;

    b. Further evaluate the claimant's subjective complaints;

    c. If warranted, obtain evidence from a vocational expert; and

    d. Take any further action necessary.

2. The Clerk shall enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of April, 2016.

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record